## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:14-cv-01438-WDK-PLA | Date | November 19, 2014 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Jacob George Poozhikala et al | | |

| Present: The Honorable | William D. Keller, United States District Judge | |
|---|---|---|
| Linda Kanter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   **(In Chambers) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby **ORDERS** plaintiff to show cause in writing no later than **NOVEMBER 25, 2014** why this action should not be dismissed for lack of prosecution as to defendant. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following as an appropriate response to this OSC on or before the above date:

**Defendant's Answer or Plaintiff's Application for Default (Fed. R. Civ. P. 55(a)).**

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. *See* Local Rule 8-3.

No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due. Plaintiff's counsel is ordered to serve this minute order on all defendants.

IT IS SO ORDERED.

:

Initials of Preparer

lk